SCWC-28248

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LAWRENCE O'GOREK, BEATRICE TSUNEYOSHI and KIM KALANI,
Petitioners/Plaintiffs-Appellants/Cross-Appellees,

and

HAWAII GOVERNMENT EMPLOYEES ASSOCIATION,
Respondent/Plaintiff-Appellant/Cross-Appellee,

vs.

HAWAII PUBLIC EMPLOYEES HEALTH FUND; BOARD OF TRUSTEES OF THE
HAWAII PUBLIC EMPLOYEES HEALTH FUND; GREGORY SATO, ROBERT HU,
JULIE PRICE, STEVETTE SANTIAGO, TRACY CHANG, MILTON FUKE, DOLORES
FOLEY, REV. BRUCE NAKAMURA and GEORGINA KAWAMURA, In their
official capacities as Trustees of the Hawaii Public Employees
Health Fund and not Individually; DIRECTOR OF FINANCE OF THE
STATE OF HAWAI'I; and the STATE OF HAWAI'I,
Respondents/Defendants-Appellees/Cross-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28248; CIV. NO. 03-1-1352)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, and McKenna, JJ., Circuit
Judge Chan in place of Recktenwald, C.J., recused, and Circuit
Judge Perkins in place of Duffy, J., recused)

Petitioners/Plaintiffs-Appellants/Cross-Appellees

Lawrence O'Gorek, Beatrice Tsuneyoshi, and Kim Kalani's

application for writ of certiorari filed on March 20, 2012, is

hereby rejected.

DATED:  Honolulu, Hawai'i, May 2, 2012.

| | |
|---|---|
| Paul A. Schraff and Charles K.Y. Khim on the application for Petitioners/Plaintiffs-Appellants, Cross-Appellees | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba Jr. |
| | /s/ Sabrina S. McKenna |
| | /s/ Derrick H. M. Chan |
| Deirdre Marie-Iha and Marissa H.I. Luning, on the response for Respondents/Defendants-Appellees, Cross-Appellants | /s/ Richard K. Perkins |

